**Phyran HOU, Petitioner,**

v.

**Alberto R. GONZALES, Attorney
General, Respondent.**

No. 05–75030.

United States Court of Appeals,
Ninth Circuit.

Submitted June 5, 2007 *.

Filed June 11, 2007.

Phyran Hou, Bakersfield, CA, pro se.

---

* The panel unanimously finds this case suitable
  for decision without oral argument. *See* Fed.
  R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
  cation and is not precedent except as provid-
  ed by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable
  for decision without oral argument. *See* Fed.
  R.App. P. 34(a)(2).

Ronald E. LeFevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Siu P. Wong, U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: LEAVY, RYMER, and T.G. NELSON, Circuit Judges.

### MEMORANDUM **

Phyran Hou, a native and citizen of Cambodia, petitions pro se for review of an order of the Board of Immigration Appeals dismissing his appeal from an immigration judge's removal order. We have jurisdiction pursuant to 8 U.S.C. § 1252. *Fernandez–Ruiz v. Gonzales,* 468 F.3d 1159, 1163 (9th Cir.2006). Reviewing de novo, *id.,* we deny the petition for review.

Hou's sole contention, that his refugee status was not terminated by his adjustment to lawful permanent resident status, is foreclosed by *Kaganovich v. Gonzales,* 470 F.3d 894, 898 (9th Cir.2006) (holding that "an alien who arrives in the United States as a refugee may be removed even if refugee status has never been terminated").

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).